| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 43,271 |
| 7 | Attorneys for Plaintiff<br>KINGVISION PAY-PER-VIEW, LTD. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW, LTD.,<br><br>  Plaintiff,<br><br>vs.<br><br>MIGUEL GOMEZ, individually and d/b/a EL BRONCO CANTINA,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV-98-6275-RMT (SHx)<br><br>[PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320. and for good cause appearing, therefore,

The judgment to and against Defendant MIGUEL GOMEZ, individually and d/b/a EL BRONCO CANTINA, entered on 9/17/99 (copy attached) be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $16,500.00 |
| b. Costs after judgment | $ -0- |
| c. Attorneys fees: | $ -0- |
| d. Subtotal (*add a and b*) | $16,500.00 |
| e. Credits after judgment | $ -0- |
| f. Subtotal (*subtract d from c*) | $16,500.00 |
| g. Interest after judgment | $ 4,125.00 |

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV-98-6275-RMT (SHx)     1

|   |   |   |
|---|---|---|
| h. Fee for filing renewal application | $ -0- | |
| i. **Total renewed judgment** *(add e, 5, and g)* | $20,625.00 | |

DATED: 09/10/08    CLERK, by _____Lori Muraoka_____,
                   Deputy

F:\USERS\DJCNEW\gomez.renewal